MICHAEL E. BREWER, Bar No. 177912
mbrewer@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:    415.433.1940
Facsimile:    415.399.8490

Barry H. Uhrman, AZ Bar No. 020714
(*pro hac vice* application to be filed)
buhrman@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone:    602.474.3620
Facsimile:    602.532.7581
Attorneys for Defendants
OFFICEMAX NORTH AMERICA, INC.
dba OFFICEMAX #6307; MAPES RANCH
INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MARTIN VOGEL, | Case No.  1:16-cv-00428-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANTS OFFICEMAX NORTH AMERICA, INC. dba OFFICEMAX #6307 AND MAPES RANCH INVESTMENTS, LLC, TO FILE RESPONSIVE PLEADING** |
| v. | |
| OFFICEMAX NORTH AMERICA, INC. dba OFFICEMAX #6307; MAPES RANCH INVESTMENTS, LLC, | |
| Defendants. | **[LOCAL RULE 144]** |

Pursuant to Local Rule 144, Plaintiff Martin Vogel ("Plaintiff") and Defendants OfficeMax North America, Inc. dba OfficeMax #6307 ("OfficeMax") and Mape's Ranch Investments (Mape's Ranch) (collectively, "Defendants") hereby stipulate that Defendants shall

have until **May 31, 2016**, to file a responsive pleading or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: April 25, 2016

By: /s/ *Scottlynn J. Hubbard, IV*
SCOTTLYNN J HUBBARD IV
KHUSHPREET R. MEHTON
DISABLED ADVOCACY GROUP, APLC
Attorneys for Plaintiff
MARGIN VOGEL

Dated: April 25, 2016

By: /s/ *Michael E. Brewer*
MICHAEL E. BREWER
BARRY H. UHRMAN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
OFFICEMAX NORTH AMERICA, INC. dba OFFICEMAX #6307 and
MAPES RANCH INVESTMENTS, LLC

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendants shall file their responsive pleadings by no later than May 31, 2016. This extension does not impact or change any event or deadline already set by the Court.

IT IS SO ORDERED.

Dated:   **April 26, 2016**              /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE