1  MICHAEL E. BREWER, Bar No. 177912
   mbrewer@littler.com
2  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
3  San Francisco, California 94104
   Telephone:   415.433.1940
4  Facsimile:   415.399.8490

5  Barry H. Uhrman, AZ Bar No. 020714
   (*pro hac vice* application to be filed)
6  buhrman@littler.com
   LITTLER MENDELSON, P.C.
7  2425 East Camelback Road, Suite 900
   Phoenix, Arizona 85016
8  Telephone:   602.474.3620
   Facsimile:   602.532.7581

9

10 Attorneys for Defendants
   OFFICEMAX NORTH AMERICA, INC.
   dba OFFICEMAX #6307 and MAPES RANCH
11 INVESTMENTS, LLC

12

13                  UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15

16 MARTIN VOGEL,                          Case No. 1:16-cv-00428-LJO-SKO

17            Plaintiff,                  **STIPULATION (SECOND) TO EXTEND THE TIME FOR DEFENDANTS OFFICEMAX NORTH AMERICA, INC. dba OFFICEMAX #6307 AND MAPES RANCH INVESTMENTS, LLC, TO FILE RESPONSIVE PLEADING**
18 v.

19 OFFICEMAX NORTH AMERICA, INC.
   dba OFFICEMAX #6307; MAPES
20 RANCH INVESTMENTS, LLC,             **[LOCAL RULE 144]**

21            Defendants.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIP. TO EXTEND TIME TO FILE
RESPONSIVE PLEADING                      Case No. 4:16-cv-00428-LJO-SKO

Pursuant to Local Rule 144, Plaintiff Martin Vogel ("Plaintiff") and Defendants OfficeMax North America, Inc. dba OfficeMax #6307 ("OfficeMax") and Mape's Ranch Investments (Mape's Ranch) (collectively, "Defendants") hereby stipulate that Defendants shall have until **June 24, 2016**, to file a responsive pleading or otherwise respond to Plaintiff's Complaint.

This is the second (and final) request for an extension. The parties have initiated settlement discussions and are hopeful that this matter may resolve before responsive pleadings need to be filed.

Therefore, the parties hereby request that the Court continue the currently scheduled deadline for filing a responsive pleading to June 24, 2016.

Dated: June 7, 2016

By: /s/ *Scottlynn J. Hubbard, IV*
SCOTTLYNN J HUBBARD IV
KHUSHPREET R. MEHTON
DISABLED ADVOCACY GROUP, APLC
Attorneys for Plaintiff
MARGIN VOGEL

Dated: June 7, 2016

By: */s/ Michael E. Brewer*
MICHAEL E. BREWER
BARRY H. UHRMAN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
OFFICEMAX NORTH AMERICA, INC. dba OFFICEMAX #6307 and
MAPES RANCH INVESTMENTS, LLC

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

STIP. TO EXTEND TIME TO FILE RESPONSIVE PLEADING       1.       Case No. 4:16-cv-00428-LJO-SKO

# ORDER

Pursuant to the Court's Order entered April 27, 2016 (Doc. 9), Defendants OfficeMax North America, Inc. dba OfficeMax #6307's ("OfficeMax") and Mape's Ranch Investments' (Mape's Ranch) (collectively, "Defendants") responses to Plaintiff Martin Vogel's ("Plaintiff") complaint were due May 31, 2016.  The parties' stipulated request for a second extension of time for Defendants to file their responsive pleadings was filed June 7, 2016, seven days after the responsive pleading deadline.  Although the Court may extend time to file a responsive pleading after the deadline has expired because of "excusable neglect," Fed. R. Civ. P. 6(b)(1)(B), no such excusable neglect has been articulated – much less shown – here.  However, given the absence of bad faith or prejudice to Plaintiff (as evidenced by the parties' agreement to the extension of time) and the parties' representations regarding settlement discussions, and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010), the Court GRANTS the parties' second stipulated request.

It is hereby ORDERED that Defendants OfficeMax and Mape's Ranch shall file their responsive pleadings by no later than June 24, 2016.  This extension does not impact or change any event or deadline already set by the Court.

IT IS SO ORDERED.

Dated:   **June 8, 2016**                    /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

STIP. TO EXTEND TIME TO FILE RESPONSIVE PLEADING   2.   Case No. 4:16-cv-00428-LJO-SKO